UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER CLIFFORD, *individually and on behalf of all others similarly situated*,

                Plaintiff,

      v.

KAYDEX PTE. LTD. *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  8-3-20

20-CV-2812 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The conference scheduled in this action for August 7, 2020 at 11:30 a.m. will be held via telephone.  The parties shall use the dial-in information provided below to call in to the conference:

      Call-in Number: (888) 363-4749
      Access Code: 1015508

      This conference line is open to the public.

SO ORDERED.

Dated:    August 3, 2020
          New York, New York

                                    RONNIE ABRAMS
                                    United States District Judge