UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRETT MESSIEH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAYDEX PTE. LTD., LOI LUU, VICTOR TRAN, and YARON VELNER,<br><br>Defendants. | No. 1:20-cv-02812-RA<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Brett Messieh and his counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice and without costs or attorneys' fees to any party, against Defendants KayDex Pte. Ltd., Loi Luu, Victor Tran, and Yaron Velner.

Dated:  April 27, 2021
        New York, NY

| | |
|---|---|
| Kyle W. Roche<br>Edward Normand<br>Velvel (Devin) Freedman (pro hac vice)<br>Joseph M. Delich<br>ROCHE FREEDMAN LLP<br>99 Park Avenue, 19th Floor<br>New York, NY<br>kyle@rcfllp.com<br>tnormand@rcfllp.com<br>vel@rcfllp.com<br>jdelich@rcfllp.com | */s/ Jordan A. Goldstein*<br>Philippe Z. Selendy<br>Jordan A. Goldstein<br>David Coon<br>Michelle Foxman<br>SELENDY & GAY PLLC<br>1290 Sixth Avenue, 17th Floor<br>New York, NY 10104<br>pselendy@selendygay.com<br>jgoldstein@selendygay.com<br>dcoon@selendygay.com<br>mfoxman@selendygay.com<br><br>*Co-Lead Counsel and Attorneys for Plaintiff and the Proposed Class* |

The Clerk of Court is respectfully directed to close this case.
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 29, 2021